## City of Chicago, Appellee, v. Jacob M. Roth, Appellant.

### Gen. No. 42,642.

Heard in the third division, first district, this court at the April term, 1943; opinion filed April 26, 1944; rehearing denied May 12, 1944. Herbert M. Wetzel, for appellant; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal and L. Louis Karton, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE HEBEL. **Not to be published in full.**

## People of the State of Illinois, Defendant in Error, v. O. C. Moe, Plaintiff in Error.

### Gen. No. 42,890.

Heard in the third division, first district, this court at the October term, 1943; opinion filed April 26, 1944. Ray E. Lane, for plaintiff in error; George F. Barrett, Attorney General, for defendant in error; Thomas J. Courtney, State's Attorney, Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE HEBEL. **Not to be published in full.**